THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN SCANNELL,

              Plaintiff,

      v.

NICHOLAS BROWN, *et al.*,

              Defendants.

CASE NO. C26-1327-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion (Dkt. No. 59) for an extension of time to lodge a brief in opposition to Defendants' motions to dismiss (Dkt. Nos. 32, 35, 39.) Plaintiff's motion is predicated on disposition of Plaintiff's notice of conflict (Dkt. No. 57). However, in light of Judge Evanson's recusal, (*see* Dkt. No. 63), that issue is now moot. And Plaintiff presents the Court with no other argument in support of an extension. Nor can the Court glean one, given the previously agreed-to briefing schedule. (*See* Dkt. No. 52.) Thus, Plaintiff is advised to lodge his opposition brief as soon as practicable, as a failure to do so will be considered an admission that Defendants' motions have merit. *See* LCR 7(b)(2).

//

//

MINUTE ORDER
C26-1327-JCC
PAGE - 1

DATED this 1st day of June 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C26-1327-JCC
PAGE - 2