The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOHN SCANNELL,

                    Plaintiff,

     v.

NICHOLAS BROWN, LEESA MANION, CITY OF DES MOINES,

                 Defendants.

NO. 2:26-cv-01327-JCC

STIPULATION FOR AND ORDER OF A CONTINUANCE OF DEFENDANT'S REPLY DEADLINE AND RE-NOTING HEARING DATE

RE-Note on Motion Calendar: June 18, 2026

IT IS HEREBY STIPULATED by and between JOHN SCANNELL, plaintiff, and JAIME V. TAFT, Assistant Attorney General, counsel for defendant NICHOLAS W. BROWN, and STEPHANIE KNIGHTLINGER, Senior Deputy Prosecuting Attorney, counsel for defendant LEESA MANION, and MATTHEW J. HUTCHINS, Assistant City Attorney, counsel for defendant CITY OF DES MOINES herein, that the defendants' deadline to file a Reply to plaintiff's Response to the motion to dismiss may be extended to **June 18, 2026** pursuant to LCR 7(j). Accordingly, the parties also stipulate the motion hearing date is re-noted to **June 18, 2026** pursuant to LCR 7(l). The parties filed an agreed briefing schedule for the defendant's Motion to Dismiss. Dkt. #30. Scannell's response was originally due May 29, 2026. *Id.* Instead of filing a response, Scannell filed a motion for recusal and requested a continuance.

STIPULATION FOR AND ORDER OF A CONTINUANCE AND MOTION RENOTE-
No. 2:26-cv-01327-

1

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

Dkts. ##57 & 59. His request for a recusal was granted, rendering his motion for a continuance moot. Dkt. #63; Dkt. #64. Scannell was ordered to file his response "as soon as practicable," and he did so on June 3, 2026. Dkts. ##64-65. Assistant Attorney General Jaime Taft already gave notice that herself and her co-counsel would be unavailable the week following for the Reply due to both counsels being in separate trials. Dkt. #61 at 2. Assistant Attorney Jaime V. Taft conferred with John Scannell telephonically on June 3, 2026 about this unavailability. John Scannell stipulates to continuing the defendants' Reply to June 18, 2026, and re-noting the motion date, for the reasons stated above.

I certify that this memorandum contains 251 words, in compliance with the Local Civil Rules.

DATED this __4th__ day of June, 2026.

Presented by:

NICHOLAS W. BROWN
Attorney General

_Jaime Taft_

JAIME V. TAFT, WSBA #39642
TRENTEN GROHE, WSBA #69541
Assistant Attorneys General
Attorneys for Nicholas Brown
Attorneys for Defendant State
Office of the Attorney General
800 5th Ave. Ste. 2000
Seattle, WA 98104


Plaintiff


/s/ *John Scannell* – electronic approval given June 4, 2026
JOHN SCANNELL
501 S. Jackson St. #302
Seattle, WA 98104
206-604-5924

**ORDER**

THIS MATTER having come on before the above-entitled court upon stipulation of counsel (**Dkt No 67**), the court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that Defendants' motions to dismiss (**Dkt. Nos. 32, 35, 39**) is are hereby re-noted for June 18, 2026. Defendants' Reply to the Plaintiff's Response is hereby extended to June 18, 2026.

DONE IN OPEN COURT this 4th day of __June_____, 2026__ .

JOHN C. COUGHENOUR
United States Judge

Presented by:

NICHOLAS W. BROWN
Attorney General

JAIME V. TAFT, WSBA 39642
TRENTEN GROHE, WSBA 69541
Assistant Attorneys General
Attorneys for Defendant State
Office of the Attorney General
800 5th Ave. Ste. 2000
Seattle, WA 98104

STIPULATION FOR AND ORDER OF A
CONTINUANCE AND MOTION RENOTE-
No. 2:26-cv-01327-

3

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

//

//

//

Plaintiff

/s/ *John Scannell* – electronic approval given June 4, 2026
JOHN SCANNELL
501 S. Jackson St. #302
Seattle, WA 98104
206-604-5924


LEESA MANION
King County Prosecuting Attorney


/s/ *Stephanie Knightlinger* – electronic approval given June 4, 2026
STEPHANIE KNIGHTLINGER, WSBA 40986
Senior Deputy Prosecuting Attorney
Attorney for Defendant Leesa Manion
701 5th Avenue Ste. 600
Seattle, WA 98104
206-477-6187


CITY OF DES MOINES


/s/ *Matthew J. Hutchins* –  electronic approval given June 4, 2026
MATTHEW J. HUTCHINS, WSBA 38283
Assistant City Attorney
Defendant City of Des Moines
21630 11th Ave. S., Suite C
Des Moines, WA 98198