THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN SCANNELL,<br><br>Plaintiff,<br><br>v.<br><br>NCHOLAS BROWN, *et al.*,<br><br>Defendants. | CASE NO. C26-1327-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for leave to appeal *in forma pauperis* ("IFP") (Dkt. No. 76). The Court DENIES the motion, after having thoroughly reviewed the briefing and relevant record.

In the underlying suit, Plaintiff attempted to collaterally challenge a state court conviction for the unauthorized practice of law. (*See generally* Dkt. No. 1.) Specifically, Plaintiff sought from the District Court a declaration that RCW 2.48.180, which prohibits the unlicensed practice of law, violates the First and Fourteenth Amendments, and based on this and other federal law violations, Plaintiff's state court conviction was legally infirm. (*Id.* at 14.) Plaintiff also sought an order enjoining the Washington's Attorney General and/or the Des Moines Prosecutor from "enforcing RCW 2.48.180 against [] Plaintiff for any activities that are in support of his role as a ninth circuit attorney including giving legal advice to potential ninth circuit litigants." (*Id.*) The Court notes that Plaintiff's merits arguments were frivolous. (*See*

*generally* Dkt. Nos. 1, 65.) Nevertheless, it never reached these arguments because the Court first found no jurisdictional basis for the matter to proceed in federal court and dismissed the matter accordingly.[1] (*See generally* Dkt. No. 73.) In appealing this ruling, Plaintiff now asks to proceed IFP. (Dkt. No. 76.)

Under the Federal Rules of Appellate Procedure, a party to a district court action who desires to appeal IFP must file a motion in the district court with an affidavit that: (1) shows in prescribed detail the party's inability to pay or to give security for fees and costs; (2) claims an entitlement to redress; and (3) states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a). "An appeal may not be taken [IFP] if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "[A]n appeal is not taken in good faith . . . if there is some evident improper motive or if no issue is presented which is not plainly frivolous." *Tweedy v. United States*, 276 F.2d 649, 651 (9th Cir. 1960); *see also Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (holding that an appeal is frivolous where it lacks an arguable basis in law).

Here, the Court finds that all jurisdictional issues presented, much like Plaintiff's merits arguments, were patently frivolous and, for this reason, finds that any appeal to the Ninth Circuit Court of Appeals is not taken in good faith. The Court so CERTIFIES and, thus, DENIES Petitioner's motion to proceed IFP on appeal (Dkt. No. 76). The Court DIRECTS the Clerk to send this order to the Ninth Circuit Court of Appeals.

DATED this 11th day of August 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[1] After the United States District Court for the Northern District of California transferred venue to this Court (for which Plaintiff unsuccessfully attempted to "remand" this case back to that court), this Court granted Defendants' Rule 12(b)(1) motion and dismissed this matter on jurisdictional grounds. (*See* Dkt. No. 76 at 3–4.)